AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Manuel Simoes

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **3CV12341 MLW**

TO: (Name and address of Defendant)

Manuel Simoes
585 Turnpike Street
Stoughton, MA 02072

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Norhtampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

NOV 20 2003
DATE



**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

February 18, 2004

I hereby certify and return that on 2/13/2004 at 09:00 am I served a true and attested copy of the summons, complaint, corporate disclosure and civil action cover sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Manuel Simoes, 585 Turnpike Street Stoughton, MA 02072 and by mailing first class mail to the above-mentioned address on 2/18/2004. Conveyance ($4.50), Copies-Attestation ($10.00), Basic Service Fee ($30.00), Postage and Handling ($3.00), Travel ($10.88) Total Charges $58.38

_____
Deputy Sheriff

**Deputy Sheriff James E. Riggs**

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date              Signature of Server

            _____
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.