UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT TV
          Plaintiff          CIVIL ACTION
                                     NO. 03-12341-MLW
    V.

MANUEL SIMOES
          Defendants

CANCELLATION/RESCHEDULING NOTICE

WOLF, D.J.

    PLEASE TAKE NOTICE that the SCHEDULING CONFERENCE scheduled for **JUNE 8, 2004 at 3:30 p.m.** has been CANCELLED. It has been RESCHEDULED for **JUNE 21, 2004 at 3:30 p.m.** before Judge WOLF in Courtroom #10 on the 5th.

                                               TONY ANASTAS, CLERK

May 20, 2004                      By: /s/ Dennis O'Leary
Date                                  Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                                    [ntchrgcnf.]