UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>DIRECT TV</u>
                Plaintiff             CIVIL ACTION
                                                  NO. <u>03-12341-MLW</u>
      V.

<u>MANUEL SIMOES</u>
                Defendants

<u>CANCELLATION/RESCHEDULING NOTICE</u>

<u>WOLF, D.J.</u>

    PLEASE TAKE NOTICE that the STATUS CONFERENCE scheduled for **JUNE 21, 2004 at 3:30 p.m.** has been CANCELLED. It has been RESCHEDULED for **AUGUST 11, 2004 at 3:30 p.m.** before Judge <u>WOLF</u> in Courtroom #<u>10</u> on the <u>5</u>th. Counsel shall file the joint statement required by local rule 16 by August 4, 2004.

                                                      TONY ANASTAS, CLERK

<u>June 17, 2004</u>                                 By:  <u>/s/ Dennis O'Leary</u>
Date                                              Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                                                    [ntchrgcnf.]