UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| DIRECT T.V., | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | C.A. No.  03-12341-MLW |
| | ) | |
| MANUEL SIMOES, | ) | |
| Defendant(s) | ) | |


SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised on August 11, 2004 by counsel for the parties that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).


By the Court:
Tony Anastas, Clerk


August 12, 2004                    /s/Dennis O'Leary
Date                              Deputy Clerk