# Finneran, Byrne & Drechsler, L.L.P.
### Attorneys at Law

James E. Byrne
Thomas Drechsler

Of Counsel
Thomas M. Finneran

Eastern Harbor Office Park
50 Redfield Street
Boston, Massachusetts 02122

Telephone (617) 265-3900
Telefax (617) 265-3627

Kenneth H. Anderson
Richard P. Mazzocca
Eric S. Goldman
Samuel P. McDermott
Jonathan E. Tobin

FILED
IN OFFICE
2004 AUG 13 P 12: 47
DISTRICT COURT
OF MASS

August 11, 2004

**Facsmile 617-748-9096
and First Class Mail**

Mr. Dennis O'Leary,
Courtroom Deputy
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way - Room #2300
Boston, MA 02210

Re:  DIRECTV, Inc. vs. Manuel Simoes
     **U.S. District Court, Civil Action No. 03-CV-12341-MLW**

Dear Mr. O'Leary:

This correspondence will confirm that the above-referenced matter has been settled and the parties request that the court issue a sixty (60) day nisi order. Therefore, the parties jointly request that the Scheduling Conference today be canceled.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Eric S. Goldman

ESG:dcv
[Our File #04-5710]

cc:  John M. McLaughlin, Esq.
     McLaughlin Sacks, LLC
     31 Trumbull Road
     Northampton, MA 01060
     [Facsimile 413-584-0453 and First Class Mail]