UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **03cv12341 MLW** |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL** |
| ) | **WITHOUT PREJUDICE** |
| vs. ) | |
| ) | |
| **Manuel Simoes** ) | |
| ) | |
| Defendant ) | |
| ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

_____
Date

_____
John M. McLaughlin, Its Member
**Green, Miles, Lipton & Fitz-Gibbon**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

Respectfully Submitted for the Defendant,
Manuel Simoes,
By His Attorney,

10-1-04
_____
Date

_____
Eric S. Goldman
Finneran, Byrne & Drechsler, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122

1

## CERTIFICATE OF SERVICE

I, Eric Goldman, attorney for the Defendant, hereby certify that on this <u>4th</u> day of <u>October</u>, 2004, a copy of the foregoing Stipulation of Dismissal, was sent via first class mail, postage prepaid, to the following:

Attorney John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210

*/s/ Eric Goldman*
Eric Goldman